# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR412-231 |
| ) | |
| JOYIE JEAN BORGELLA ) | |

## ORDER

Retained counsel F. Wesley Blankner, Jr., having been granted leave to appear *pro hac vice* to defend Joyie Jean Borgella in this case, doc. 24, moves the Court to relieve him from retaining local counsel. Doc. 21. He points to other cases in other jurisdictions where he has succeeded with this motion. *Id.* at 1. But he otherwise supplies no reasoning. The motion (doc. 21) is **DENIED** and Blankner must retain new local counsel within 14 days of the date this Order is served.

**SO ORDERED**, this __2nd__ day of January, 2013.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA