IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 4:12-cr-00231

CARLOS BRUTUS,

    Defendant.

------

MOTION FOR COMPASSIONATE UNDERSTANDING

COMES NOW the Defendant, CARLOS BRUTUS, pro se, and moves the Court for Compassionate Understanding pursuant to 18 USC 3582(c)(1)(A) which covers modification of sentence, and in support of same makes the following statement:

Your Honor, for these past few months I have been debating on whether or not I should file a Motion For Compassionate Release. I am a first time offender with a non-violent crime. I had to take a long look at myself in the mirror and ask myself, "Has anything changed about me after being locked up in federal prison for over 8 years?" I have come to understand one very important word in prison, and that word is "accountability." Accountability is a rare thing to find in prison. It takes hard work and much dedication to acquire it. I can now say with all honesty that I am making much progress in that area.

Almost every inmate in federal prison with a pulse is filing a "3582 Motion," Motion For Compassionate Release. There are even a few inmates who deserve a second chance at life. But the hard truth is that most people are just using this horrific COVID-19 pandemic as another

way to possibly get out of prison or reduce their sentence. As much as I would like to be a free man, the hard truth is that I really needed a prison term to get me on the right path. I understand now how I hurt my community by not being a productive citizen.

This Motion is a request, not for Compassionate Release, but for Compassionate Understanding. That is the only thing a guy like me should be granted at this time. Being a model inmate is not enough to merit a guy like me an early release. I strongly believe that for an inmate to invoke extraordinary and compelling reasons for release he must also give back in an extraordinary and compelling way. Right now, all I am requesting from the Court is compassionate understanding, and that is it.

I will work hard to make an impact on underprivileged youth and at-risk kids so that they can use me as an example of what not to be. I think that changing someone's life for the better is a compelling reason for early release.

So in closing, I respectfully request this Court to grant me this Motion For Compassionate Understanding but to deny me a Motion For Early Release or a Reduction In Sentence.

With that being said, I also respectfully request the Court to grant me a Court Order that allows me to start a program that will help at-risk youth who are in danger of going to jail, as long as the program is in accordance with the Rules & Regulations of the BOP.

Respectfully submitted,

Carlos Brutus, pro se
United States Penitentiary
P.O. Box 1000
Marion IL 62959



SAINT LOUIS MO 630
11 FEB 2021 PM 6 L

17682-021
Us District Court
Office OF THE Clerk
PO BOX 8286
Savannah, GA 31412
United States

CARLOS BATES 17682-cc
USP marion
Po Box 1000
Marion IL 62959